IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM V. and MARGARET L. SMITH,** *et al.*                                                  **PLAINTIFFS**

**VS.**                                              **4:12-CV-00423-BRW**

**SOUTHWESTERN ENERGY COMPANY**                                              **DEFENDANT**

## ORDER

Pending is Plaintiffs' Motion for Leave to File Reply to Motion to Intervene and for Reconsideration of the Court's Order on Intervention (Doc. No. 50).

The Motion is GRANTED, and Plaintiffs have until 5:00 p.m. Wednesday, February 27, 2013, to file their reply.

Accordingly, my earlier Order granting SEECO, Inc.'s Motion to Intervene[1] is stayed until I have had time to review the parties' pleadings.

IT IS SO ORDERED this 20th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] During an on-the-record telephone conference with counsel for the parties held Tuesday, February 19, 2013, I orally granted SEECO, Inc.'s Motion to Intervene and directed SEECO's counsel to provide me with a proposed order.