### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**WILLIAM V. and MARGARET**
**L. SMITH,** *ET AL*                                                                        **PLAINTIFFS**


**v.**                                        **NO. 4:12-cv-423 BRW**


**SOUTHWESTERN ENERGY COMPANY**                            **DEFENDANT**

**SEECO, INC.**                                                            **INTERVENOR**

### ORDER

The Unopposed Motion to Seal Exhibits (Doc. No. 40) is GRANTED.

Accordingly, the Clerk is hereby ordered to seal Exhibits 5 and 6 attached to Plaintiffs'

Memorandum in Opposition to Motion for Protective Order (Doc. No. 39).

IT IS SO ORDERED this 20th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE