IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM V. and MARGARET
L. SMITH, *ET AL*                                                                         PLAINTIFFS

v.                                        NO. 4:12-cv-423 BRW

SOUTHWESTERN ENERGY COMPANY                                          DEFENDANT

SEECO, INC.                                                                                INTERVENOR

## ORDER

The Unopposed Motion to Seal Exhibits (Doc. No. 40) is GRANTED.

Accordingly, the Clerk is hereby ordered to seal Exhibits 5 and 6 attached to Plaintiffs' Memorandum in Opposition to Motion for Protective Order (Doc. No. 39).

IT IS SO ORDERED this 20th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE