UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 7, 2013**

Mr. John R. Holton          Mr. Michael P. McGartland
Mr. Timothy R. Holton       McGartland & Borchardt, LLP
Deal Cooper Holton PLLC     1300 South University
296 Washington Avenue       Suite 500
Memphis, Tennessee 38103    Fort Worth, Texas 76107

Re: *Smith, et al. v. Southwestern Energy Company*, No. 4:12-CV-00423-BRW

Dear Counsel:

I received your Motion to Conduct Discovery and to Stay Ruling on Motion to Intervene.[1]

How much time do you need to conduct this discovery?

Cordially,

Billy R. Wilson

cc: other counsel
    Clerk of the Court

---

[1] Doc. No. 66.